N THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEMETRIC SCOTT,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS,

    Defendant.

ORDER

Case No. 15-cv-401-jdp

---

DEMETRIC SCOTT,

    Plaintiff,

v.

DAVID A. CLARKE, JR. et al.

    Defendants.

ORDER

Case No. 15-cv-402-jdp

---

DEMETRIC SCOTT,

    Plaintiff,

v.

SCOTT WALKER,

    Defendant.

ORDER

Case No. 15-cv-403-jdp

---

DEMETRIC SCOTT,

    Plaintiff,

v.

MILWAUKEE POLICE DEPARTMENT,

    Defendant.

ORDER

Case No. 15-cv-404-jdp

---

    Plaintiff Demetric Scott, a prisoner in the custody of the Wisconsin Department of Corrections, has submitted four proposed civil actions under 42 U.S.C. § 1983. Plaintiff has filed a certified copy of an inmate trust fund account statement in support of the motion for

leave to proceed without prepaying the fee. After considering the motion and supporting documentation, the court concludes that plaintiff qualifies for indigent status.

Even when a prisoner litigant qualifies for indigent status, the prisoner litigant must pay a portion of the fee returned by the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from plaintiff's trust fund account statement, I conclude plaintiff's initial partial filing fees to be $10.43 for each case. For these cases to proceed, plaintiff must submit these amounts on or before July 27, 2015.

If plaintiff does not have enough money to make the initial partial payments from plaintiff's regular account, plaintiff should arrange with prison authorities to pay the remainder from plaintiff's release account.

ORDER

IT IS ORDERED that,

1. Plaintiff Demetric Scott is assessed $10.43 as initial partial payments of the $350.00 fee for each case. Plaintiff is to submit a check or money order made payable to the clerk of court in the amount of $10.43 for each case or advise the court in writing why plaintiff is not able to submit the assessed amounts on or before July 27, 2015.

2. If, by July 27, 2015, plaintiff fails to make the initial partial payment(s) or show cause for failure to do so, plaintiff will be held to have withdrawn these actions voluntarily and the cases will be closed without prejudice to plaintiff's filing the cases at a later date.

3. No further action will be taken in these cases until the clerk's office receives plaintiff's initial partial filing fees as directed above and the court has screened the complaint

as required by the PLRA, 28 U.S.C. § 1915A. Once the screening process is complete, a separate order will issue.

Entered this 6th day of July, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge